UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Ann Marie Donio |
| v. | : | Mag. No. 20-02080-1 (AMD) |
| TUNDE ADEOWO | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Patrick C. Askin, Assistant U.S. Attorney, appearing), and defendant TUNDE ADEOWO (by and through his attorney, Brian Patrick Malloy, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through October 31, 2021 to allow the parties to engage in pre-indictment negotiations, obtain and review relevant evidence, and if possible, attempt to reach a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant is represented by Brian Patrick Malloy, Esq.

(2) Pre-indictment negotiations are currently in progress, and both the United States and the defendant desire additional time to receive and review relevant evidence and if possible, negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary.

(3) This case involves a bank fraud conspiracy wherein the government alleges that the defendant and multiple co-conspirators conspired to defraud over one dozen banks through the creation of hundreds of fraudulent accounts opened with fraudulent identification documents and that thousands of transactions processed in these fraudulent accounts resulted in a total loss of approximately $6,000,000. The discovery is voluminous.

(4) The government has informed the Court that initial discovery was provided to the defendant and co-conspirators (ten other defendants were charged in separate criminal complaints in the District of New Jersey) in August-September 2020, and that additional discovery was prepared by the government and made available in late June 2021 to the defendant and his co-conspirators in electronic form that was extensive and voluminous, approximately one terabyte or more of data in electronic form.

(5) The defendant, through counsel, consents to this continuance and to the exclusion of time under the Speedy Trial Act.

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___2nd___ day of ___September___ 2021,

ORDERED that this action be, and hereby is, continued from the date of this order through October 31, 2021; and it is further

ORDERED that the period from the date of this order through October 31, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. ANN MARIE DONIO
United States Magistrate Judge


/s/ Patrick C. Askin
_____
PATRICK C. ASKIN, AUSA


 /s/ Brian P Malloy
_____
BRIAN PATRICK MALLOY, ESQ.
Counsel for defendant

9/1/2021
_____
DATE